UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JODIE L. LANDIS,

                Plaintiff,                    Nos.    12-cv-11996

vs.                                              Hon. Gerald E. Rosen

FANNIE MAE a/k/a FEDERAL NATIONAL
MORTGAGE ASSOCIATION,

                Defendant,

_____/

## JUDGMENT

      At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on March 28, 2013

                PRESENT:    Honorable Gerald E. Rosen
                                  United States District Chief Judge

       The Court having this date entered a Memorandum Opinion and Order granting

Defendant's Motion for Dismissal/Summary Judgment, and being otherwise fully advised in the

premises,

      NOW, THEREFORE,

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a JUDGMENT OF

DISMISSAL, WITH PREJUDICE, be, and hereby is, entered.

Dated: March 28, 2013          s/Gerald E. Rosen_____
                                  Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or
counsel of record on March 28, 2013, by electronic and/or ordinary mail.

                      s/Julie Owens_____
                      Case Manager, (313) 234-5135