UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JODIE LANDIS,

       Plaintiff,                    Nos.  12-cv-11996
                                                       12-cv-12965

vs.                                                   Hon. Gerald E. Rosen

FANNIE MAE a/k/a FEDERAL NATIONAL
MORTGAGE ASSOCIATION,

       Defendant,
_____/

and

CHARLES M. WICHT,

       Plaintiff,

vs.

FEDERAL NATIONAL HOME LOAN
MORTGAGE CORPORATION,

       Defendant.
_____/

ORDER ALLOWING PAYMENT OF COSTS AND FEES IN INSTALLMENTS

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on November 13, 2015

        PRESENT:   Honorable Gerald E. Rosen
                               United States District Chief Judge

The Court having reviewed and considered the Motion of Emmett Greenwood, Plaintiffs' former attorney in the above-captioned actions, for leave to pay in monthly installments the $2,880.00 costs and fees he was ordered to pay to Trott & Trott, P.C., Defendant's counsel in the *Landis* case, and the $2,200.00 costs and fees he was ordered to pay to Orlans Associates, P.C., Defendant's counsel in the *Wicht* case, pursuant to the Court's Order imposing sanctions upon Greenwood for his violation of Fed. R. Civ. P. 11 and 28 U.S.C. § 1927, and the Court having determined that sufficient good cause has been shown for the relief requested,[1]

NOW, THEREFORE,

IT IS HEREBY ORDERED that Attorney Greenwood's Motion to Pay Costs and Fees in Installments is GRANTED, as follows:

IT IS ORDERED that Emmett Greenwood shall be allowed to pay the $2,800.00 costs and fees he was ordered to pay to Trott & Trott, P.C.,in monthly installments in the amount of $200.00 per month, beginning on November 25,

---

[1] The Court previously entered an order allowing Greenwood to pay in monthly installments the $1,000.00 amount of sanctions he was ordered to pay. *See* Dkt. # 22. In that order, the Court also directed Mr. Greenwood to provide a proposed payment plan for the costs and fees he was ordered to pay. *See id.* Greenwood states in the instant motion that he had provided defense counsel with a proposed stipulation and order for the payment of costs and attempted to reach defense counsel to discuss the matter to no avail. Hence, he filed the instant motion.

2015, and

    IT IS FURTHER ORDERED that Greenwood shall be allowed to pay the $2,200.00 costs and fees he was ordered to pay to Orlans Associates, P.C., in monthly installments of $200.00 per month beginning on November 25, 2015.

    IT IS FURTHER ORDERED that all subsequent payments of the costs and fees will be due on the 25th of every month thereafter until the full amounts of the costs and fees assessed against Attorney Greenwood in connection with the *Landis* and *Wicht* cases are paid in full.

    SO ORDERED.

                                    s/Gerald E. Rosen
                                    Chief Judge, United States District Court

Dated:  November 13, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 13, 2015, by electronic and/or ordinary mail.

                                    s/Julie Owens
                                    Case Manager, (313) 234-5135